IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEIGHANN MARQUEZ,

    Plaintiff,

vs.                                                  No. 23-CIV-311 MV/GBW

ROBERT BACA, SNAP INSURANCE SERVICE, LLC, INCLINE CASUALTY COMPANY, f/k/a WORTH CASUALTY INSURANCE COMPANY, MARTH K. OBERLE, USAA GENERAL INDEMNITY COMPANY,

    Defendants.

## FINAL JUDGMENT

Pursuant to the Order entered concurrently herewith, the Court enters judgment under Rule 58 of the Federal Rules of Civil Procedure, **GRANTING** Plaintiff's Motion to Remand [Doc. 6] and **REMANDING** this case to the Fourth Judicial District Court of New Mexico.

_____
HONORABLE MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE